# PROOF OF SERVICE

**Porter, et al., v., Northern Data US inc., et al.**
Case No.

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 444 South Flower Street, Suite 2400, Los Angeles, CA 90071-2953.

On April 24, 2024, I served true copies of the following document(s) described as **NOTICE OF REMOVAL; APPENDIX OF STATE COURT FILINGS AND CIVIL CASE COVER SHEET** on the interested parties in this action as follows:

| | |
|---|---|
| Russell M. Selmont, Esq.<br>ERVIN COHEN & JESSUP, LLP<br>9401 Wilshire Boulevard, Twelfth Floor<br>Beverly Hills, California 90212-2974 | Attorney for Plaintiffs<br><br>Tel: 310.273.6333<br>Fax: 310.859.2325<br>Email: rselmont@ecjlaw.com |

**BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with the practice of Burke, Williams & Sorensen, LLP for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid. I am a resident or employed in the county where the mailing occurred. The envelope was placed in the mail at Los Angeles, California.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on April 24, 2024, at Los Angeles, California.

*/s/ Alicia McMaster*
Alicia McMaster