Cheryl Johnson-Hartwell (SBN 221063)
E-mail:  cjohnson-hartwell@bwslaw.com
Keiko J. Kojima (SBN 206595)
E-mail:  kkojima@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
444 South Flower Street, Suite 2400
Los Angeles, California 90071-2953
Tel:  213.236.0600    Fax:  213.236.2700

Attorneys for Defendants
Northern Data US, Inc. and Northern Data
US Holdings, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| JOSHUA PORTER, an individual, and GULSEN KAMA, an individual,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>NORTHERN DATA US, INC., a Delaware corporation; NORTHERN DATA US HOLDINGS, INC., a Delaware corporation; and DOES 1 through 10, inclusive,<br><br>　　　　　Defendants. | Case No. 2-24-cv-03389<br><br>**DEFENDANTS' NOTICE OF INTERESTED PARTIES AND CORPORATE DISCLOSURE STATEMENT**<br><br>**[FRCP 7.1; Local Rule 7.1-1]** |

The undersigned, counsel of record for Defendants Northern Data US, Inc., and Northern Data US Holdings, Inc. certify that the following listed parties may have a pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal.

| PARTY | CONNECTION / INTEREST |
|---|---|
| Joshua Porter | Plaintiff |
| Gulsen Kama | Plaintiff |
| Northern Data US, Inc. | Defendant |

4878-7334-1368 v1

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

1

Case No.
DEFENDANTS' NOTICE OF INTERESTED PARTIES AND CORPORATE DISCLOSURE STATEMENT

| | |
|---|---|
| Northern Data US Holdings, Inc. | Defendant (Northern Data US Holdings, Inc. merged with Northern Data US, Inc., which is the surviving corporation.) |
| Northern Data AG | Northern Data US, Inc. is a wholly-owned subsidiary of Northern Data AG, which is a German public company. |

Pursuant to Rule 7.1(a)(2) of the Federal Rules of Civil Procedure, Defendants hereby declare the following names and citizenships of every individual or entity whose citizenship is attributed to Defendants:

| Party | Citizenship |
|---|---|
| Northern Data US, Inc. | Delaware and Virginia |
| Northern Data US Holdings, Inc. | Delaware and Virginia |

Dated:  April 23, 2024

BURKE, WILLIAMS & SORENSEN, LLP

By: _____
Cheryl Johnson-Hartwell
Keiko J. Kojima
Attorneys for Defendants Northern Data US, Inc. and Northern Data US Holdings, Inc.

Burke, Williams & Sorensen, LLP
Attorneys at Law
Los Angeles

4878-7334-1368 v1

2

Case No.
DEFENDANTS' NOTICE OF INTERESTED PARTIES AND CORPORATE DISCLOSURE STATEMENT