Cheryl Johnson-Hartwell (SBN 221063)
E-mail: cjohnson-hartwell@bwslaw.com
Keiko J. Kojima (SBN 206595)
E-mail: kkojima@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
444 South Flower Street, Suite 2400
Los Angeles, California 90071-2953
Tel: 213.236.0600  Fax: 213.236.2700

Attorneys for Defendants
Northern Data US, Inc., And Northern Data US Holdings, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| JOSHUA PORTER, an individual, and GULSEN KAMA, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>NORTHERN DATA US, INC., a Delaware corporation; NORTHERN DATA US HOLDINGS, INC., a Delaware corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' APPLICATION FOR LEAVE TO FILE DOCUMENT UNDER SEAL**<br><br>[Filed concurrently with Application; Declaration of Rosanne Kincaid-Smith] |

Defendants Northern Data US, Inc. and Northern Data US Holdings, Inc. have brought an Application for leave to file documents under seal. Upon consideration, and good cause appearing, the Court hereby GRANTS Defendants' Application and rules as follows:

The following documents shall be filed UNDER SEAL:

- Exhibit "1" (unredacted Complaint) to the Appendix of State Court Documents in Support of Defendants' Notice of Removal of Civil Action

4881-8472-3384 v1

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

1

Case No.
ORDER GRANTING DEFENDANTS' APPLICATION FOR LEAVE TO FILE DOCUMENT UNDER SEAL

1  The selected portions of the Complaint for sealing are protected by disclosure
2  by the attorney-client privilege and attorney work product doctrine.
3  [ALTERNATIVELY]
4  The following documents shall be filed provisionally UNDER SEAL pending
5  further briefing and a final ruling from the Court:

- Exhibit "1" (unredacted Complaint) to the Appendix of State Court Documents in Support of Defendants' Notice of Removal of Civil Action

IT IS SO ORDERED.

Dated:                                   By:_____
                                              United States District Judge

Burke, Williams & Sorensen, LLP
Attorneys at Law
Los Angeles

4881-8472-3384 v1                          2                          Case No.
                                              ORDER GRANTING DEFENDANTS'
                                              APPLICATION FOR LEAVE TO FILE
                                              DOCUMENT UNDER SEAL