O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| JOSHUA PORTER, an individual, and GULSEN KAMA, an individual,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>NORTHERN DATA US, INC., a Delaware corporation; NORTHERN DATA US HOLDINGS, INC., a Delaware corporation; and DOES 1 through 10, inclusive,<br><br>　　　　　Defendants. | Case No. 2:24-cv-3389-ODW (AGRx)<br><br>**ORDER GRANTING DEFENDANTS' APPLICATION FOR LEAVE TO FILE DOCUMENT UNDER SEAL [5]** |

　　　Defendants Northern Data US, Inc. and Northern Data US Holdings, Inc. have brought an Application for leave to file documents under seal. (ECF No. 5.) Upon consideration, and good cause appearing, the Court hereby **GRANTS** Defendants' Application and rules as follows:

　　　The following documents may be filed UNDER SEAL:

- Exhibit "1" (unredacted Complaint) to the Appendix of State Court Documents in Support of Defendants' Notice of Removal of Civil Action

///

///

///

1  Defendants must file the sealed document within three days, pursuant to Local
2  Rule 79-5.2.2(c).  The Clerk will not convert the PROPOSED sealed document
3  submitted with the Application into a new filing.

5  IT IS SO ORDERED.

6  Dated: April 26, 2024          By: _____
7                                      United States District Judge

4881-8472-3384 v1

2

Case No.
ORDER GRANTING DEFENDANTS'
APPLICATION FOR LEAVE TO FILE
DOCUMENT UNDER SEAL

Burke, Williams & Sorensen, LLP
Attorneys at Law
Los Angeles