Russell M. Selmont (SBN 252522)
E-mail: rselmont@ecjlaw.com
ERVIN, COHEN & JESSUP, LLP
9401 Wilshire Boulevard, Twelfth Floor
Beverly Hills, California 90212-2974
Tel: 310.273-6333  Fax: 310.859.2325

Attorneys for Plaintiffs
JOSHUA PORTER and GULSEN KAMA

Cheryl Johnson-Hartwell (SBN 221063)
E-mail:  cjohnson-hartwell@bwslaw.com
Keiko J. Kojima (SBN 206595)
E-mail:  kkojima@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
444 South Flower Street, Suite 2400
Los Angeles, California 90071-2953
Tel:  213.236.0600  Fax:  213.236.2700

Attorneys for Defendants
NORTHERN DATA US, INC., and
NORTHERN DATA US HOLDINGS, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| JOSHUA PORTER, an individual, and GULSEN KAMA, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>NORTHERN DATA US, INC., a Delaware corporation; NORTHERN DATA US HOLDINGS, INC., a Delaware corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:24-cv-03389-ODW (AGRx)<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS [L.R. 8-3]**<br><br>**Complaint served:  3/25/24<br>Current response date:  5/01/24<br>New response date:  5/22/24** |

4854-0317-7145 v1

1

Case No. 2:24-cv-03389-ODW (AGRx)
STIPULATION TO EXTEND TIME TO RESPOND TO  INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS [L.R. 8-3]

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

Plaintiff Joshua Porter and Gulsen Kama ("Plaintiffs") and Defendants Northern Data US, Inc., and Northern Data US Holdings, Inc. ("Defendants") collectively (the "Parties"), through their respective counsel, hereby stipulate, for an extension of time for Defendants to file their responses to Plaintiffs' Complaint based on the following.

Good cause exists for the Parties' request as follows:

1. On March 8, 2024, Plaintiffs filed a Complaint against Defendants in the Superior Court of the State of California, County of Los Angeles, Case No. 24STCV05852 (the "State Action").

2. On April 24, 2024, Defendants, which were both served with the Complaint on March 25, 2024, removed the State Action to this United States District Court.

3. Pursuant to the removal of this action to this Court, the responses from Defendants are due on May 1, 2024.

4. Defendants intend to file a motion to dismiss, as discussed with Plaintiffs' counsel in the Defendants' April 24, 2024 meet and confer letter. The Parties' meet and confer on the motion is still continuing. Plaintiffs require additional time to review the issues raised and any potential amendment to the Complaint, thus are amenable to stipulating to a 21-day extension of time for Defendants to respond to the Complaint.

///
///
///
///
///
///
///
///

4854-0317-7145 v1

2

Case No. 2:24-cv-03389-ODW (AGRx)
STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS [L.R. 8-3]

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

5.  The Parties, having met and conferred, hereby stipulate to an extension of 21 days from May 1, 2024 to the new deadline of May 22, 2024, for Defendants to file their responses to Plaintiffs' Complaint.

Dated: May 1, 2024       ERVIN, COHEN & JESSUP, LLP

By: /s/*Russell M. Selmont*
Russell M. Selmont
Attorneys for Plaintiffs JOSHUA PORTER and GULSEN KAMA

Dated: May 1, 2024       BURKE, WILLIAMS & SORENSEN, LLP

By: /s/ *Keiko J. Kojima*
Cheryl Johnson-Hartwell
Keiko J. Kojima
Attorneys for Defendants NORTHERN DATA US, INC., and NORTHERN DATA US HOLDINGS, INC.

## SIGNATURE ATTESTATION

Pursuant to Section 5-4.3.4(a)(2) of the United States District Court for the Central District of California Local Rules, I certify that the content of this document is acceptable to Plaintiffs attorney Russell M. Selmont and that I have obtained authorization from him to affix his electronic signature to this document.

Dated: May 1, 2024       BURKE, WILLIAMS & SORENSEN, LLP

By: /s/ *Keiko J. Kojima*
Cheryl Johnson-Hartwell
Keiko J. Kojima
Attorneys for Plaintiffs JOSHUA PORTER and GULSEN KAMA