Russell M. Selmont (SBN 252522)
E-mail: rselmont@ecjlaw.com
ERVIN, COHEN & JESSUP, LLP
9401 Wilshire Boulevard, Twelfth Floor
Beverly Hills, California 90212-2974
Tel: 310.273-6333 Fax: 310.859.2325

Attorneys for Plaintiffs
JOSHUA PORTER and GULSEN KAMA

Cheryl Johnson-Hartwell (SBN 221063)
E-mail:  cjohnson-hartwell@bwslaw.com
Keiko J. Kojima (SBN 206595)
E-mail:  kkojima@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
444 South Flower Street, Suite 2400
Los Angeles, California 90071-2953
Tel:  213.236.0600 Fax:  213.236.2700

Attorneys for Defendants
NORTHERN DATA US, INC., and
NORTHERN DATA US HOLDINGS, INC.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| JOSHUA PORTER, an individual, and GULSEN KAMA, an individual,<br><br>        Plaintiffs,<br><br>        v.<br><br>NORTHERN DATA US, INC., a Delaware corporation; NORTHERN DATA US HOLDINGS, INC., a Delaware corporation; and DOES 1 through 10, inclusive,<br><br>        Defendants. | Case No. 2:24-cv-03389-ODW (AGRx)<br><br>**STIPULATION (SECOND) TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS [L.R. 8-3]**<br><br>**Complaint served:  3/25/24**<br>**Initial response date:  5/01/24**<br>**Current response date:  5/22/24**<br>**New response date: 5/31/24** |

Burke, Williams & Sorensen, LLP
Attorneys at Law
Los Angeles

1

Case No. 2:24-cv-03389-ODW (AGRx)
STIPULATION (SECOND) TO EXTEND TIME
TO RESPOND TO  INITIAL COMPLAINT BY
NOT MORE THAN 30 DAYS [L.R. 8-3]

1        Plaintiffs Joshua Porter and Gulsen Kama ("Plaintiffs") and Defendants

2  Northern Data US, Inc., and Northern Data US Holdings, Inc. ("Defendants")

3  collectively (the "Parties"), through their respective counsel, hereby stipulate, for an

4  extension of time for Defendants to file their responses to Plaintiffs' Complaint

5  based on the following.

6        Good cause exists for the Parties' request as follows:

7        1.      On March 8, 2024, Plaintiffs filed a Complaint against Defendants in

8  the Superior Court of the State of California, County of Los Angeles, Case No.

9  24STCV05852 (the "State Action").

10       2.      On April 24, 2024, Defendants, which were both served with the

11  Complaint on March 25, 2024, removed the State Action to this United States

12  District Court.

13       3.      Pursuant to the removal of this action to this Court, the responses from

14  Defendants are due on May 1, 2024.  The parties stipulated to an extension of time

15  to May 22, 2024.  [Doc. 13]

16       4.      Defendants intend to file a motion to dismiss, as discussed with

17  Plaintiffs' counsel in the Defendants' April 24, 2024 meet and confer letter.  The

18  Parties' meet and confer on the motion is still continuing.  Plaintiffs require

19  additional time to review the issues raised and any potential amendment to the

20  Complaint, thus are amenable to stipulating to a further extension of time to May 31,

21  2024 for Defendants to respond to the Complaint.

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

2

Case No. 2:24-cv-03389-ODW (AGRx)
STIPULATION (SECOND) TO EXTEND TIME
TO RESPOND TO  INITIAL COMPLAINT BY
NOT MORE THAN 30 DAYS [L.R. 8-3]

5.      The Parties, having met and conferred, hereby stipulate to a second extension from May 22, 2024 to the new deadline of May 31, 2024, for Defendants to file their responses to Plaintiffs' Complaint.

Dated:  May 21, 2024                          ERVIN, COHEN & JESSUP, LLP


                                              By:  /s/ *Russell M. Selmont*
                                                   Russell M. Selmont
                                                   Attorneys for Plaintiffs JOSHUA
                                                   PORTER and GULSEN KAMA


Dated:  May 22, 2024                          BURKE, WILLIAMS & SORENSEN, LLP


                                              By:  /s/ *Keiko J. Kojima*
                                                   Cheryl Johnson-Hartwell
                                                   Keiko J. Kojima
                                                   Attorneys for Defendants
                                                   NORTHERN DATA US, INC., and
                                                   NORTHERN DATA US HOLDINGS,
                                                   INC.

///
///
///
///
///
///
///
///
///
///
///

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

Case No. 2:24-cv-03389-ODW (AGRx)
STIPULATION (SECOND) TO EXTEND TIME
TO RESPOND TO  INITIAL COMPLAINT BY
NOT MORE THAN 30 DAYS [L.R. 8-3]

1

**SIGNATURE ATTESTATION**

2        Pursuant to Section 5-4.3.4(a)(2) of the United States District Court for the

3   Central District of California Local Rules, I certify that the content of this document

4   is acceptable to Plaintiffs' attorney Russell M. Selmont and that I have obtained

5   authorization from him to affix his electronic signature to this document.

6

7   Dated:  May 22, 2024                    BURKE, WILLIAMS & SORENSEN, LLP

8

9                                          By:  */s/ Keiko J. Kojima*
                                               _____
10                                             Cheryl Johnson-Hartwell
                                               Keiko J. Kojima
11                                             Attorneys for Defendants
                                               NORTHERN DATA US, INC., and
12                                             NORTHERN DATA US HOLDINGS,
                                               INC.
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4