1  Russell M. Selmont (SBN 252522)
   E-mail: rselmont@ecjlaw.com
2  ERVIN, COHEN & JESSUP, LLP
   9401 Wilshire Boulevard, Twelfth Floor
3  Beverly Hills, California 90212-2974
   Tel: 310.273-6333 Fax: 310.859.2325
4
   Attorneys for Plaintiffs
5  JOSHUA PORTER and GULSEN KAMA

6
   Cheryl Johnson-Hartwell (SBN 221063)
7  E-mail:  cjohnson-hartwell@bwslaw.com
   Keiko J. Kojima (SBN 206595)
8  E-mail:  kkojima@bwslaw.com
   BURKE, WILLIAMS & SORENSEN, LLP
9  444 South Flower Street, Suite 2400
   Los Angeles, California 90071-2953
10 Tel:  213.236.0600 Fax:  213.236.2700

11 Attorneys for Defendants
   NORTHERN DATA US, INC., and
12 NORTHERN DATA US HOLDINGS, INC.

13

14               UNITED STATES DISTRICT COURT

15      CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

16

17 JOSHUA PORTER, an individual, and        Case No. 2:24-cv-03389-ODW (AGRx)
   GULSEN KAMA, an individual,
                                            **STIPULATION TO EXTEND TIME**
18                    Plaintiffs,           **TO RESPOND TO INITIAL**
                                            **COMPLAINT BY MORE THAN 30**
19          v.                              **DAYS [L.R. 8-3]**

20 NORTHERN DATA US, INC., a                **Complaint served:  3/25/24**
   Delaware corporation; NORTHERN           **Initial response date:  5/01/24**
21 DATA US HOLDINGS, INC., a                **Current response date:  5/31/24**
   Delaware corporation; and DOES 1         **New response date: 6/7/24**
22 through 10, inclusive,

23                    Defendants.

24

25

26

27

28

Plaintiffs Joshua Porter and Gulsen Kama ("Plaintiffs") and Defendants Northern Data US, Inc., and Northern Data US Holdings, Inc. ("Defendants") collectively (the "Parties"), through their respective counsel, hereby stipulate, for an extension of time for Defendants to file their responses to Plaintiffs' Complaint based on the following.

Good cause exists for the Parties' request as follows:

1.      On March 8, 2024, Plaintiffs filed a Complaint against Defendants in the Superior Court of the State of California, County of Los Angeles, Case No. 24STCV05852 (the "State Action").

2.      On April 24, 2024, Defendants, which were both served with the Complaint on March 25, 2024, removed the State Action to this United States District Court.

3.      Pursuant to the removal of this action to this Court, the responses from Defendants are due on May 1, 2024.  The parties stipulated to an extension of time to May 22, 2024, and a further stipulation to May 31, 2024 – both less than 30 days total.  [Doc. 13, 15]

4.      Defendants intend to file a motion to dismiss, as discussed with Plaintiffs' counsel in the Defendants' April 24, 2024 meet and confer letter.  The Parties' meet and confer on the motion and sealing issues is still continuing. Plaintiffs require additional time to address these issues, thus are amenable to stipulating to a further extension of time to June 7, 2024 for Defendants to respond to the Complaint.

///
///
///
///
///
///

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

2

Case No. 2:24-cv-03389-ODW (AGRx)
STIPULATION TO EXTEND TIME TO
RESPOND TO  INITIAL COMPLAINT BY MORE
THAN 30 DAYS [L.R. 8-3]

5. The Parties, having met and conferred, hereby stipulate to a second extension from May 31, 2024 to the new deadline of June 7, 2024, for Defendants to file their responses to Plaintiffs' Complaint.

Dated:  May 31, 2024                    ERVIN, COHEN & JESSUP, LLP


                                        By:  /s/ *Russell M. Selmont*
                                             Russell M. Selmont
                                             Attorneys for Plaintiffs JOSHUA
                                             PORTER and GULSEN KAMA


Dated:  May 31, 2024                    BURKE, WILLIAMS & SORENSEN, LLP


                                        By:  /s/ *Keiko J. Kojima*
                                             Cheryl Johnson-Hartwell
                                             Keiko J. Kojima
                                             Attorneys for Defendants
                                             NORTHERN DATA US, INC., and
                                             NORTHERN DATA US HOLDINGS,
                                             INC.

///
///
///
///
///
///
///
///
///
///
///

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

3

Case No. 2:24-cv-03389-ODW (AGRx)
STIPULATION TO EXTEND TIME TO
RESPOND TO  INITIAL COMPLAINT BY MORE
THAN 30 DAYS [L.R. 8-3]

1

### SIGNATURE ATTESTATION

2      Pursuant to Section 5-4.3.4(a)(2) of the United States District Court for the

3   Central District of California Local Rules, I certify that the content of this document

4   is acceptable to Plaintiffs' attorney Russell M. Selmont and that I have obtained

5   authorization from him to affix his electronic signature to this document.

6

7   Dated:  May 31, 2024                     BURKE, WILLIAMS & SORENSEN, LLP

8

9                                            By:  _/s/ Keiko J. Kojima_

10                                                 Cheryl Johnson-Hartwell

11                                                 Keiko J. Kojima
                                                   Attorneys for Defendants
12                                                 NORTHERN DATA US, INC., and
                                                   NORTHERN DATA US HOLDINGS,
13                                                 INC.

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4