# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| JOSHUA PORTER, an individual, and GULSEN KAMA, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>NORTHERN DATA US, INC., a Delaware corporation; NORTHERN DATA US HOLDINGS, INC., a Delaware corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:24-cv-03389-ODW (AGRx)<br><br>**[PROPOSED] ORDER GRANTING STIPULATION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING TO THE COMPLAINT** |

Upon consideration of the parties' Stipulation to Extend Time to Respond to Initial Complaint By More Than 30 Days, IT IS HEREBY ORDERED that Defendants shall have a one-week extension through June 7, 2024 within which to file their responses to the Complaint in this action.

IT IS SO ORDERED.

Dated:

_____
Honorable Otis D. Wright II
United States District Court Judge

4894-2849-8884 v1

Burke, Williams & Sorensen, LLP
Attorneys at Law
Los Angeles

1

Case No. 2:24-cv-03389-ODW (AGRx)
ORDER GRANTING STIPULATION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING TO THE COMPLAINT