Russell M. Selmont (SBN 252522)
  rselmont@ecjlaw.com
**ERVIN COHEN & JESSUP LLP**
9401 Wilshire Boulevard, Twelfth Floor
Beverly Hills, California 90212-2974
Tel: (310) 273-6333 / Fax: (310) 859-2325

Attorneys for Plaintiffs
JOSHUA PORTER and GULSEN KAMA

Cheryl Johnson-Hartwell (SBN 221063)
  cjohnson-hartwell@bwslaw.com
Keiko J. Kojima (SBN 206595)
  kkojima@bwslaw.com
**BURKE, WILLIAMS & SORENSEN, LLP**
444 South Flower Street, Suite 2400
Los Angeles, California 90071-2953
Tel: (213) 236-0600 / Fax: (213) 236-2700

Attorneys for Defendants
NORTHERN DATA US, INC. and
NORTHERN DATA US HOLDINGS, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| JOSHUA PORTER, an individual, and GULSEN KAMA, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>NORTHERN DATA US, INC., a Delaware corporation; NORTHERN DATA US HOLDINGS, INC., a Delaware corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:24-CV-03389-ODW (AGRx)<br><br>*Hon. Otis D. Wright II – Crtrm 5D*<br><br>**JOINT STIPULATION FOR PLAINTIFFS' LEAVE TO FILE FIRST AMENDED COMPLAINT** |

18254.1:11263172.3

1

STIPULATION FOR LEAVE TO FILE AMENDED COMPLAINT

1  WHEREAS, Plaintiffs filed their Complaint in Los Angeles Superior Court on March 8, 2024.

2  WHEREAS, Defendants filed a Notice of Removal and removed the case to federal court on or about April 24, 2024.

3  WHEREAS, Plaintiffs and Defendants filed Joint Stipulations extending Defendants' time to respond to the Complaint, which has been extended most recently to June 7, 2024. [Doc. 17]

4  WHEREAS, Plaintiffs and Defendants met and conferred regarding various alleged defects in the Complaint on June 6, 2024.

5  WHEREAS, as a consequence of the parties' conference, Plaintiffs intend to file an Amended Complaint.

6  WHEREAS, there is no currently set Scheduling Conference in this matter.

7  NOW THEREFORE, Plaintiffs and Defendants hereby stipulate that Plaintiffs may file a First Amended Complaint on or before June 14, 2024 and that Defendants may have 30 days from the filing of the First Amended Complaint to file their responsive pleading.

By stipulating to the filing of the First Amended Complaint, Defendants do not concede the sufficiency of any allegations and reserve the right to assert any applicable defenses and to bring any motions to challenge the claims asserted in the First Amended Complaint.

In addition, Defendants maintain that portions of the First Amended Complaint contain privileged and/or confidential information and should be filed under seal.  Defendants do not waive and hereby reserve all rights as to assert privilege and/or confidentiality.

/ / /

/ / /

/ / /

/ / /

IT IS SO STIPULATED.

DATED: June 7, 2024    ERVIN COHEN & JESSUP LLP

By: ___*/s/ Russell M. Selmont*___
Russell M. Selmont
Attorneys for Plaintiffs JOSHUA PORTER and GULSEN KAMA

DATED: June 7, 2024    BURKE, WILLIAMS & SORENSEN, LLP

By: ___*/s/ Keiko J. Kojima*___
Cheryl Johnson-Hartwell
Keiko J. Kojima
Attorneys for Defendants NORTHERN DATA US, INC., and NORTHERN DATA US HOLDINGS, INC.

**ATTESTATION PURSUANT TO LOCAL RULE 5-4.3.4(a)(2)(i)**

I, Russell M. Selmont, hereby attest that concurrence in this document's content and the filing of this document has been obtained from each of the other signatories.

Dated: June 7, 2024          By:     /s/ Russell M. Selmont
                                     Russell M. Selmont