ERVIN COHEN & JESSUP LLP

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

JOSHUA PORTER, an individual, and GULSEN KAMA, an individual,

Plaintiffs,

v.

NORTHERN DATA US, INC., a Delaware corporation; NORTHERN DATA US HOLDINGS, INC., a Delaware corporation; and DOES 1 through 10, inclusive,

Defendants.

Case No. 2:24-CV-03389-ODW (AGRx)

*Hon. Otis D. Wright II – Crtrm 5D*

**[PROPOSED] ORDER GRANTING LEAVE FOR PLAINTIFF TO FILE AMENDED COMPLAINT**

18254.1:11263175.3

1

[PROPOSED] ORDER

1    Pursuant to the Stipulation of the Parties, and good cause appearing therefore,

2  IT IS HEREBY ORDERED that Plaintiffs may file a First Amended Complaint on

3  or before June 14, 2024.

4    Defendants' response to the First Amended Complaint shall be due  30 days

5  after the filing of the First Amended Complaint.

6

7    **IT IS SO ORDERED.**

8

9  DATED:  _____, 2018    _____

10                                 HON. OTIS D. WRIGHT II
                                   U.S. DISTRICT COURT JUDGE
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

18254.1:11263175.3                    2
                        [PROPOSED] ORDER