UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| JOSHUA PORTER, an individual, and GULSEN KAMA, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>NORTHERN DATA US, INC., a Delaware corporation; NORTHERN DATA US HOLDINGS, INC., a Delaware corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:24-CV-03389-ODW (AGRx)<br><br>*Hon. Otis D. Wright II – Crtrm 5D*<br><br>**ORDER GRANTING LEAVE FOR PLAINTIFF TO FILE AMENDED COMPLAINT** |

1  Pursuant to the Stipulation of the Parties, and good cause appearing therefore,
2  IT IS HEREBY ORDERED that Plaintiffs may file a First Amended Complaint on
3  or before June 14, 2024.
4  Defendants' response to the First Amended Complaint shall be due 30 days
5  after the filing of the First Amended Complaint.

7  **IT IS SO ORDERED.**

9  DATED: June 7, 2024

HON. OTIS D. WRIGHT II
U.S. DISTRICT COURT JUDGE