| | |
|---|---|
| 1 | Cheryl Johnson-Hartwell (SBN 221063) |
| | E-mail: cjohnson-hartwell@bwslaw.com |
| 2 | Keiko J. Kojima (SBN 206595) |
| | E-mail: kkojima@bwslaw.com |
| 3 | BURKE, WILLIAMS & SORENSEN, LLP |
| | 444 South Flower Street, Suite 2400 |
| 4 | Los Angeles, California 90071-2953 |
| | Tel: 213.236.0600  Fax: 213.236.2700 |
| 5 | |
| 6 | Attorneys for Defendants |
| | Northern Data US, Inc. and Northern Data |
| 7 | US Holdings, Inc. |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| JOSHUA PORTER, an individual, and GULSEN KAMA, an individual, | Case No. 2:24-cv-03389-ODW (AGRx) |
| Plaintiffs, | **PROOF OF SERVICE** |
| v. | |
| NORTHERN DATA US, INC., a Delaware corporation; NORTHERN DATA US HOLDINGS, INC., a Delaware corporation; and DOES 1 through 10, inclusive, | |
| Defendants. | |

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

4869-8863-2263 v1

1

Case No. 2:24-cv-03389-ODW (AGRx)
PROOF OF SERVICE

# PROOF OF SERVICE

**Porter, et al., v., Northern Data US inc., et al.**
**Case No. 2:24-cv-03389-ODW (AGRx)**

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 444 South Flower Street, Suite 2400, Los Angeles, CA 90071-2953.

On June 17, 2024, I served true copies of the following document(s) described as

**DEFENDANTS' APPLICATION TO SEAL PORTIONS OF FIRST AMENDED COMPLAINT FILED BY PLAINTIFFS [DOC. 20]**

**[PROPOSED] ORDER**

**REDACTED FIRST AMENDED COMPLAINT**

on the interested parties in this action as follows:

| | |
|---|---|
| Russell M. Selmont, Esq.<br>ERVIN COHEN & JESSUP, LLP<br>9401 Wilshire Boulevard, Twelfth Floor<br>Beverly Hills, California 90212-2974 | Attorney for Plaintiffs<br><br>Tel: 310.273.6333<br>Fax: 310.859.2325<br>Email: rselmont@ecjlaw.com |

**BY E-MAIL OR ELECTRONIC TRANSMISSION:** I caused a copy of the document(s) to be sent from e-mail address kkojima@bwslaw.com to the persons at the e-mail addresses listed in the Service List. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on June 17, 2024, at Los Angeles, California.

_____
Keiko J. Kojima

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

4869-8863-2263 v1

2

Case No. 2:24-cv-03389-ODW (AGRx)
PROOF OF SERVICE