UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| JOSHUA PORTER, an individual, and GULSEN KAMA, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>NORTHERN DATA US, INC., a Delaware corporation; NORTHERN DATA US HOLDINGS, INC., a Delaware corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:24-cv-03389-ODW (AGRx)<br><br>**ORDER GRANTING DEFENDANTS' APPLICATION TO SEAL PORTIONS OF FIRST AMENDED COMPLAINT FILED BY PLAINTIFF [DOC. 20]**<br><br>**[Filed concurrently with Application; Declarations of Rosanne Kincaid-Smith and Keiko J. Kojima]** |

Defendants Northern Data US, Inc. and Northern Data US Holdings, Inc. have brought an Application to Seal Portions of the First Amended Complaint Filed by Plaintiffs [Doc. 20]. Upon consideration, and good cause appearing, the Court hereby GRANTS Defendants' Application and rules as follows:

The Clerk is instructed to remove the following filed document from public viewing and place it under seal:

- First Amended Complaint [Doc. 20]

///

///

///

Burke, Williams & Sorensen, LLP
Attorneys at Law
Los Angeles

4865-2732-5895 v1

1

Case No.
ORDER GRANTING DEFENDANTS'
APPLICATION TO SEAL PORTIONS OF FAC

1  Plaintiffs must file the proposed redacted First Amended Complaint within
2 three days of this order.

4  IT IS SO ORDERED.

Dated: June 18, 2024          By: _____
       Honorable Otis D. Wright II
       United States District Court Judge

Burke, Williams & Sorensen, LLP
Attorneys at Law
Los Angeles

4865-2732-5895 v1

2

Case No.
ORDER GRANTING DEFENDANTS'
APPLICATION TO SEAL PORTIONS OF FAC