Russell M. Selmont (SBN 252522)
  rselmont@ecjlaw.com
Catherine A. Veeneman (SBN 301574)
  cveeneman@ecjlaw.com
**ERVIN COHEN & JESSUP LLP**
9401 Wilshire Boulevard, Twelfth Floor
Beverly Hills, California 90212-2974
Tel: (310) 273-6333 / Fax: (310) 859-2325

Attorneys for Plaintiffs
JOSHUA PORTER and GULSEN KAMA

Cheryl Johnson-Hartwell (SBN 221063)
  cjohnson-hartwell@bwslaw.com
Keiko J. Kojima (SBN 206595)
  kkojima@bwslaw.com
**BURKE, WILLIAMS & SORENSEN, LLP**
444 South Flower Street, Suite 2400
Los Angeles, California 90071-2953
Tel: (213) 236-0600 / Fax: (213) 236-2700

Attorneys for Defendants
NORTHERN DATA US, INC. and
NORTHERN DATA US HOLDINGS, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| JOSHUA PORTER, an individual, and GULSEN KAMA, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>NORTHERN DATA US, INC., a Delaware corporation; NORTHERN DATA US HOLDINGS, INC., a Delaware corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:24-CV-03389-ODW (AGRx)<br><br>*Hon. Otis D. Wright II – Crtrm 5D*<br><br>**JOINT STIPULATION REGARDING DEFENDANTS' APPLICATION TO SEAL PORTIONS OF FIRST AMENDED COMPLAINT** |

1  WHEREAS, Plaintiffs filed their Complaint in Los Angeles Superior Court on March 8, 2024.

2  WHEREAS, Defendants filed a Notice of Removal and removed the case to federal court on or about April 24, 2024.

3  WHEREAS, Plaintiffs and Defendants filed Joint Stipulations extending Defendants' time to respond to the Complaint, which has been extended most recently to June 7, 2024. [Doc. 17]

4  WHEREAS, Plaintiffs filed their First Amended Complaint in United States District Court on June 14, 2024 (the "FAC").

5  WHEREAS, Defendants filed their Application to provisionally file the First Amended Complaint under seal on June 17, 2024 (the "Application"). [Doc. 21-23]

6  WHEREAS, the Court issued an order granting the Application on June 18, 2024, before any opposition was filed. [Doc. 24]

NOW THEREFORE, Plaintiffs and Defendants hereby stipulate as follows:

The parties agree that Plaintiffs reserve all rights to seek an order from the court unsealing the FAC in its entirety and do not waive any arguments regarding same. The parties agree that they will meet and confer on the issue and anticipate presenting a proposed briefing schedule on the issue to the Court at or before the first scheduling conference.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

IT IS SO STIPULATED.

DATED:  July 3, 2024         ERVIN COHEN & JESSUP LLP

By:   */s/ Russell M. Selmont*
         Russell M. Selmont
         Attorneys for Plaintiffs JOSHUA PORTER and GULSEN KAMA

DATED:  July 3, 2024         BURKE, WILLIAMS & SORENSEN, LLP

By:   */s/ Keiko J. Kojima*
         Cheryl Johnson-Hartwell
         Keiko J. Kojima
         Attorneys for Defendants NORTHERN DATA US, INC., and NORTHERN DATA US HOLDINGS, INC.

| | |
|---|---|
| 1 | **ATTESTATION PURSUANT TO LOCAL RULE 5-4.3.4(a)(2)(i)** |
| 2 | I, Russell M. Selmont, hereby attest that concurrence in this document's |
| 3 | content and the filing of this document has been obtained from each of the other |
| 4 | signatories. |
| 5 | Dated: July 3, 2024           By:      */s/ Russell M. Selmont* |
| 6 |                                                     Russell M. Selmont |
| 7 | |
| 8 | |
| ... | |
| 28 | |

ERVIN COHEN & JESSUP LLP

18254.1:11279732.6

4

JOINT STIPULATION RE APPLICATION FOR SEALING

# CERTIFICATE OF SERVICE

## CENTRAL DISTRICT OF CALIFORNIA

*Porter, et al. v. Northern Data US, Inc., et al.*
Case No. 2:24-cv-03389-ODW (AGRx)

The undersigned certifies that on July 3, 2024, the following documents and all related attachments ("Documents") were filed with the Court using the CM/ECF system.

**JOINT STIPULATION REGARDING DEFENDANTS' APPLICATION TO SEAL PORTIONS OF FIRST AMENDED COMPLAINT**

Pursuant to L.R. 5-3.2, all parties to the above case and/or each attorneys of record herein who are registered users are being served with a copy of these Documents via the Court's CM/ECF system. Any other parties and/or attorneys of record who are not registered users from the following list are being served by first class mail.

By:    */s/ Russell M. Selmont*
       Russell M. Selmont