# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA PORTER, et al.<br><br>Plaintiff(s),<br><br>v.<br><br>NORTHERN DATA US, INC., et al.<br><br>Defendant(s). | CASE NUMBER:<br><br>2:24−cv−03389−ODW−AGR<br><br><br>**NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENT** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your filed document:

Date Filed:   7/3/2024

Document No.:   26

Title of Document:   STIPULATION to Clarify Defendants' Application to Seal Portions of First Amended Complaint by plaintiffs

**ERROR(S) WITH DOCUMENT:**

Proposed document was not submitted or was not submitted as a separate attachment.

Missing proposed order for the relief sought " The parties agree that Plaintiffs reserve all rights to seek an order from the court unsealing the FAC in its entirety and do not waive any arguments regarding same. The parties agree that they will meet and confer on the issue and anticipate presenting a proposed briefing schedule on the issue to the Court at or before the first scheduling conference"

Other:

As an alternative, prepare and e−file a formal Notice of Lodging, to be docketed only under its specific event: Notice of Lodging, to which the formal proposed order is submitted as a Separate Attachment thereto.

**Note:**   In response to this notice, the Court may: 1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.

Clerk, U.S. District Court

Dated: July 5, 2024     By:  /s/ Linda Chai  Linda_Chai@cacd.uscourts.gov
            Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**

G–112A(06/24) NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENTS