1  Cheryl Johnson-Hartwell (SBN 221063)
   E-mail: cjohnson-hartwell@bwslaw.com
2  Keiko J. Kojima (SBN 206595)
   E-mail: kkojima@bwslaw.com
3  BURKE, WILLIAMS & SORENSEN, LLP
   444 South Flower Street, Suite 2400
4  Los Angeles, California 90071-2953
   Tel:  213.236.0600 Fax:  213.236.2700
5
6  Attorneys for NORTHERN DATA US, INC. and NORTHERN DATA US HOLDINGS, INC.
7

8              UNITED STATES DISTRICT COURT

9        CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

10

11 | JOSHUA PORTER, an individual, and GULSEN KAMA, an individual, | Case No. 2:24-cv-03389-ODW (AGRx)
12 |                                  | **DECLARATION OF DARJA BUSCH IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT AND MOTION TO STRIKE**

Plaintiffs,

v.

NORTHERN DATA US, INC., a Delaware corporation; NORTHERN DATA US HOLDINGS, INC., a Delaware corporation; and DOES 1 through 10, inclusive,

Defendants.

*[Filed concurrently with Declaration of Keiko J. Kojima; [Proposed] Order]*

**Date:   August 19, 2024**
**Time:   1:30 p.m**
**Ctrm:   5D – Fifth Floor**
**Judge:  Hon. Otis D. Wright II**

I, Darja Busch, declare as follows:

1.     I am a People Business Partner at Northern Data AG.  I have personal and firsthand knowledge of the facts set forth in this declaration, and if called upon as a witness, I could and would testify competently to them.  I submit this declaration in support of Defendants Northern Data US, Inc. and Northern Data US Holdings, Inc.'s ("Defendants" or "Northern Data") Motion to Dismiss Plaintiffs' First Amended Complaint and Motion to Strike.

2.    Northern Data US Holdings, Inc. was merged into Northern Data US,
Inc. effective December 31, 2022.

3.    Northern Data US, Inc. and Northern Data US Holdings, Inc. are and/or
were wholly-owned subsidiaries of Northern Data AG, a German public company.

4.    Northern Data has no offices or branches in California.  Northern Data
does not own or lease any property in California.  Northern Data does not have
business operations in California.

5.    I am familiar with both Plaintiffs Joshua Porter ("Porter") and Gulsen
Kama ("Kama"), who were formerly employed at Northern Data.  Both Porter and
Kama worked remotely for Northern Data during the entire course of their
employment in the states of California and New Jersey, respectively.

6.    I am aware that Porter resided in California while he was employed at
Northern Data.  I am familiar with his recruitment process.  Northern Data did not
hire Porter because he resided in California, did not direct its recruitment efforts
towards hiring a California resident, and did not hire Porter to build operations in
California.  Northern Data does not have any employees that reside in California.

7.    I am also aware that Kama resided in New Jersey throughout her
employment at Northern Data, including when she was terminated from her position.

///

///

///

///

///

///

///

///

///

///

Burke, Williams &
Sorensen, LLP
Attorneys at Law
Los Angeles

Decl. Of Darja Busch ISO Defs.' Motion        2        Case No. 2:24-cv-03389-ODW (AGRx)
to Dismiss and Motion to Strike

1   I declare under penalty of perjury under the laws of the United States of

2   America that the foregoing is true and correct.

3   Executed on July 14, 2024, at Rodgau Germany.

4

5   Darja Busch, People Business Partner

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Burke, Williams & Sorensen, LLP
Attorneys at Law
Los Angeles

Decl. Of Darja Busch ISO Defs.' Motion to Dismiss and Motion to Strike     3     Case No. 2:24-cv-03389-ODW (AGRx)