Russell M. Selmont (SBN 252522)
  rselmont@ecjlaw.com
Catherine A. Veeneman (SBN 301574)
  cveeneman@ecjlaw.com
**ERVIN COHEN & JESSUP LLP**
9401 Wilshire Boulevard, Twelfth Floor
Beverly Hills, California 90212-2974
Tel: (310) 273-6333 / Fax: (310) 859-2325

Attorneys for Plaintiffs
JOSHUA PORTER and GULSEN KAMA

Cheryl Johnson-Hartwell (SBN 221063)
  cjohnson-hartwell@bwslaw.com
Keiko J. Kojima (SBN 206595)
  kkojima@bwslaw.com
**BURKE, WILLIAMS & SORENSEN, LLP**
444 South Flower Street, Suite 2400
Los Angeles, California 90071-2953
Tel: (213) 236-0600 / Fax: (213) 236-2700

Attorneys for Defendants
NORTHERN DATA US, INC. and
NORTHERN DATA US HOLDINGS, INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| JOSHUA PORTER, an individual, and GULSEN KAMA, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>NORTHERN DATA US, INC., a Delaware corporation; NORTHERN DATA US HOLDINGS, INC., a Delaware corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:24-CV-03389-ODW (AGRx)<br><br>*Hon. Otis D. Wright II – Crtrm 5D*<br><br>**JOINT STIPULATION TO CONTINUE HEARING AND AMEND BRIEFING SCHEDULE** |

18254.1:11300296.1

1

JOINT STIPULATION TO CONTINUE HEARING DATE AND AMEND BRIEFING SCHEDULE

1     WHEREAS, Plaintiffs filed their Complaint in Los Angeles Superior Court on March 8, 2024.

    WHEREAS, Defendants filed a Notice of Removal and removed the case to federal court on or about April 24, 2024.

    WHEREAS, Plaintiffs filed their First Amended Complaint in United States District Court on June 14, 2024 (the "FAC").

    WHEREAS, Defendants filed a Motion to Dismiss the First Amended Complaint and Motion to Strike on July 15, 2024 (the "Motion") and set the hearing for August 19, 2024. [Doc. 28]

    WHEREAS, counsel for Plaintiffs is traveling back to Los Angeles from out of the country on August 19, 2024, and is unavailable to appear for a hearing on that date.

    WHEREAS Plaintiffs and Defendants have conferred concerning alternative dates on which they are all available to appear for a hearing on the Motion, and determined the next available date is August 26, 2024.

    NOW THEREFORE, IT IS STIPULATED AND AGREED THAT: Subject to the Court's approval, the August 19, 2024 hearing on Defendants' Motion should be continued to August 26, 2024, and the briefing schedule shall be modified to reflect the new hearing date such that Plaintiffs' Opposition to the Motion is due August 5, 2024 and Defendants' Reply is due August 12, 2024.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

IT IS SO STIPULATED.

DATED: July 23, 2024    ERVIN COHEN & JESSUP LLP

By: _____*/s/ Russell M. Selmont*_____
Russell M. Selmont
Attorneys for Plaintiffs JOSHUA PORTER and GULSEN KAMA

DATED: July 23, 2024    BURKE, WILLIAMS & SORENSEN, LLP

By: _____*/s/ Keiko J. Kojima*_____
Cheryl Johnson-Hartwell
Keiko J. Kojima
Attorneys for Defendants NORTHERN DATA US, INC., and NORTHERN DATA US HOLDINGS, INC.

**ATTESTATION PURSUANT TO LOCAL RULE 5-4.3.4(a)(2)(i)**

I, Russell M. Selmont, hereby attest that concurrence in this document's content and the filing of this document has been obtained from each of the other signatories.

Dated: July 23, 2024          By:   */s/ Russell M. Selmont*
                                    Russell M. Selmont

JOINT STIPULATION TO CONTINUE HEARING DATE AND AMEND BRIEFING SCHEDULE

# CERTIFICATE OF SERVICE

## CENTRAL DISTRICT OF CALIFORNIA

*Porter, et al. v. Northern Data US, Inc., et al.*
*Case No. 2:24-cv-03389-ODW (AGRx)*

The undersigned certifies that on July 23, 2024, the following documents and all related attachments ("Documents") were filed with the Court using the CM/ECF system.

**JOINT STIPULATION TO CONTINUE HEARING AND AMEND BRIEFING SCHEDULE**

Pursuant to L.R. 5-3.2, all parties to the above case and/or each attorneys of record herein who are registered users are being served with a copy of these Documents via the Court's CM/ECF system. Any other parties and/or attorneys of record who are not registered users from the following list are being served by first class mail.

By: */s/ Russell M. Selmont*
Russell M. Selmont