**O**

# United States District Court
# Central District of California

| | |
|---|---|
| JOSHUA PORTER et al., | Case № 2:24-cv-03389-ODW (AGRx) |
| Plaintiffs, | |
| v. | **ORDER DENYING MOTION TO** |
| NORTHERN DATA US, INC. et al., | **DISMISS AND APPLICATION TO** |
| Defendants. | **FILE UNDER SEAL AS MOOT** |
| | **[28][29]** |

///
///
///
///
///
///
///
///
///
///
///
///

On July 15, 2024, Defendants filed and served a Federal Rule of Civil Procedure 12(b)(6) motion to dismiss this case, including a supporting application to file documents under seal. (ECF Nos. 28–29.) By Court-approved stipulation, Plaintiffs filed a Second Amended Complaint. (ECF No. 56.) As the pending motion to dismiss was based on a complaint that is no longer operative, the motion and associated application to file under seal are **DENIED** as **MOOT**. (ECF Nos. 28–29); *see Ramirez v. County of San Bernardino*, 806 F.3d 1002, 1008 (9th Cir. 2015).

**IT IS SO ORDERED.**

September 6, 2024

_____
**OTIS D. WRIGHT, II**
**UNITED STATES DISTRICT JUDGE**