Russell M. Selmont (SBN 252522)
  rselmont@ecjlaw.com
**ERVIN COHEN & JESSUP LLP**
9401 Wilshire Boulevard, Twelfth Floor
Beverly Hills, California 90212-2974
Telephone: (310) 273-6333
Facsimile: (310) 859-2325

Attorneys for Plaintiffs
JOSHUA PORTER and GULSEN KAMA

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| JOSHUA PORTER, an individual, and GULSEN KAMA, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>NORTHERN DATA US, INC., a Delaware corporation; NORTHERN DATA US HOLDINGS, INC., a Delaware corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:24-CV-03389-ODW (AGRx)<br><br>*Hon. Otis D. Wright II – Crtrm 5D*<br><br>**NOTICE OF DISMISSAL OF CLAIMS BY PLAINTIFF JOSHUA PORTER** |

Pursuant to Federal Rule 41(a)(1)(A), Notice is given that Plaintiff JOSHUA PORTER (and only Plaintiff Joshua Porter) hereby dismisses all his claims against Defendants in the operative pleading *with* prejudice.

DATED: October 7, 2024         ERVIN COHEN & JESSUP LLP

By:  */s/ Russell M. Selmont*
Russell M. Selmont
Attorneys for Plaintiffs JOSHUA PORTER and GULSEN KAMA

# CERTIFICATE OF SERVICE

## CENTRAL DISTRICT OF CALIFORNIA

*Porter, et al. v. Northern Data US, Inc., et al.*
Case No. 2:24-cv-03389-ODW (AGRx)

The undersigned certifies that on October 7, 2024, the following documents and all related attachments ("Documents") were filed with the Court using the CM/ECF system.

**NOTICE OF DISMISSAL OF CLAIMS BY PLAINTIFF JOSHUA PORTER**

Pursuant to L.R. 5-3.2, all parties to the above case and/or each attorneys of record herein who are registered users are being served with a copy of these Documents via the Court's CM/ECF system. Any other parties and/or attorneys of record who are not registered users from the following list are being served by first class mail.

By: ____*/s/ Russell M. Selmont*____
Russell M. Selmont